83,771-02

Name: Mapes,Eric J.
Address: 502 E. 29th St., Odessa TX , 79762
CDC or ID: 16877996 (TX DL)
Phone:(432)889-8010
Email: mapes1979@gmail.com

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 16 2015

Abel Acosta, Clerk

(Court)
## PETITION FOR WRIT OF HABEAS CORPUS

**Eric Joshua Mapes**
vs.
**No. Tr.Ct. No. C-27, 442-A**
(To be supplied by the Clerk of The Court)
Respondent

This petition concerns:
Criminal conviction
**A** State reason for civil commitment or, if criminal conviction, state nature of offense and enhancement:  Sexual Assault
**B** Penal Code or other code sections: 22.01 Texas Penal Code
**C** Name and location of sentencing or committing court: District Court Odessa, Ector County Texas
**D** Case No. : C-27,442
**E** Date convicted or committed: Around or about November 1998( allegedly committed)
**F** Date sentenced: Around or about November 1999
**G** Length of sentence: 2yrs TDCJ
**H** Were you represented by counsel in the trial court? Yes
  Eric C. Augesen
  408 N. Texas Ave.
Odessa, TX 79761-5130


## GROUND FOR RELIEF

Ground 1: State briefly the ground on which you base your claim for relief.

The Trial Court listed above had already convicted one man 6 months prior to my day in court. This does in fact warrant my innocence, since the evidence or motion for discovery was withheld to me by my attorney at the time. No DNA was ever taken by the Court even upon request to prove my innocence. The evidence/forensic evidence shows 1 person committed the crime and,that plead out due to DNA evidence against him 6 months prior to my false conviction. This also warrants the Courts forged State and Federal Documents upon my innocence. The strongest parts of the State's case had quite a few holes in my false conviction, also going against moral turpitude.

a. Supporting Facts
   Forensic evidence may be seen on Youtube ( search youtube video is 8-9 mins long) Innocent Man Hemmed-Up. It will show they did not have my DNA  with grounds  showing my innocence. Since the Local District Attorneys Office refuse to give me this same Court Document I have to use the one given to me by the attorney.

b. Supporting Cases, Rules, or other authority

**1.** Gideon v. Wainwright(1963)
**2. 18 U.S.C. § 1519**
**3.** TEX CR. CODE ANN. § 13.12: Texas Statutes- Article 13.12: False Imprisonment and Kidnapping
**4.** Libel Defamation of Character
  Defamation *per se*
 a. All states except <u>Arizona</u>, <u>Arkansas</u>, <u>Missouri</u>, and <u>Teennesse</u> recognize that some categories of false statements are so innately harmful that they are considered to be defamatory *per se*. In the common law tradition, damages for such false statements are presumed and do not have to be proven. Statements are defamatory per se where they falsely impute to the plaintiff one or more of the following things:

- Allegations or imputations "injurious to another in their trade, business, or profession"
- Allegations or imputations "of loathsome disease" (historically <u>leprosy</u> and <u>sexually transmitted disease</u>, now also including <u>mental illness</u>)
- Allegations or imputations of "unchastity" (usually only in unmarried people and sometimes only in women)
- Allegations or imputations of criminal activity (sometimes only crimes of <u>moral turpitude</u>)

**5.** CIVIL PRACTICE AND REMEDIES CODE
TITLE 4. LIABILITY IN TORT
CHAPTER 73. LIBEL
SUBCHAPTER A.  GENERAL PROVISIONS

Sec. 73.001.  ELEMENTS OF LIBEL.  A libel is a defamation expressed in written or other graphic form that tends to blacken the memory of the dead or that tends to injure a living person's reputation and thereby expose the person to public hatred, contempt or ridicule, or financial injury or to impeach any person's honesty, integrity, virtue, or reputation or to publish the natural defects of anyone and thereby expose the person to public hatred, ridicule, or financial injury.

**6.** 28 U.S. Code § 4101 - Definitions
In this chapter:
(1) **Defamation.—** The term "defamation" means any action or other proceeding for defamation, libel, slander, or similar claim alleging that forms of speech are false, have caused damage to reputation or emotional distress, have presented any person in a false light, or have resulted in criticism, dishonor, or condemnation of any person.

**7.** ADA(American's With Disabilities Act)
  Title II: State & Local Governments
Title II regulations prohibit state and local government agencies, departments, special purpose districts, and other instrumentalities from discriminating against people with disabilities in their programs, services, and activities. Public entities must make reasonable modifications to their policies, practices, and procedures to allow equal opportunity for individuals with disabilities to participate, unless to do so

would fundamentally alter the nature of the service, program, or activity. They must also provide auxiliary aids and services, integrated program access through nonstructural and architectural modifications, and meet Title I employment provisions with all employees and contractors. Public entities do not need to remove all physical barriers in existing buildings as long as programs provided in those buildings are readily accessible to users with disabilities in another facility. All new construction must be accessible.

The U.S. Department of Justice, (DOJ), has enforcement responsibility for all State and local government entities not specifically assigned to other designated agencies. Title II also seeks to ensure that individuals with disabilities have equal access to existing public transportation services. All newly purchased buses and other vehicles must be accessible. In cases of inaccessible fixed route systems, public entities must provide para-transit services comparable to the level of service provided by the fixed route system.

a. By this court refusing my first writ and request for legal counsel to be appointed this ADA Title II applies and warrants action.

I  Are you currently being represented by counsel?

No, I' m mentally disabled and no attorney will represent me due to lack of money, nor will the Texas Court of Criminal Appeals appoint me one, which is mandated and warranted under Title II of the ADA Act.

J  If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

I, Eric J. Mapes _____, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of Texas that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.
Date: 9/15/2015

Without Prejudice UCC 1.207/1-308
(Signature of Petitioner)

State of Texas
County of Ector

This instrument was acknowledged before me on

9-15-15 _____, by Tom Barker _____

**Appendix:**

**1) 22 U.S. Code § 2304 - Human rights and security assistance**
(a) Observance of human rights as principal goal of foreign policy; implementation requirements
(1) The United States shall, in accordance with its international obligations as set forth in the Charter of the United Nations and in keeping with the constitutional heritage and traditions of the United States, promote and encourage increased respect for human rights and fundamental freedoms throughout the world without distinction as to race, sex, language, or religion. Accordingly, a principal goal of the foreign policy of the United States shall be to promote the increased observance of internationally recognized human rights by all countries.
(2) Except under circumstances specified in this section, no security assistance may be provided to any country the government of which engages in a consistent pattern of gross violations of internationally recognized human rights. Security assistance may not be provided to the police, domestic intelligence, or similar law enforcement forces of a country, and licenses may not be issued under the Export Administration Act of 1979 [50 App. U.S.C. 2401 et seq.] for the export of crime control and detection instruments and equipment to a country, the government of which engages in a consistent pattern of gross violations of internationally recognized human rights unless the President certifies in writing to the Speaker of the House of Representatives and the chairman of the Committee on Foreign Relations of the Senate and the chairman of the Committee on Banking, Housing, and Urban Affairs of the Senate (when licenses are to be issued pursuant to the Export Administration Act of 1979). [1] that extraordinary circumstances exist warranting provision of such assistance and issuance of such licenses. Assistance may not be provided under part V of this sub-chapter to a country the government of which engages in a consistent pattern of gross violations of internationally recognized human rights unless the President certifies in writing to the Speaker of the House of Representatives and the chairman of the Committee on Foreign Relations of the Senate that extraordinary circumstances exist warranting provision of such assistance.
(3) In furtherance of paragraphs (1) and (2), the President is directed to formulate and conduct international security assistance programs of the United States in a manner which will promote and advance human rights and avoid identification of the United States, through such programs, with governments which deny to their people internationally recognized human rights and fundamental freedoms, in violation of international law or in contravention of the policy of the United States as expressed in this section or otherwise.

**2) As the Common Law developed in England after the Norman Conquest in 1066, a plaintiff could start a lawsuit only by obtaining a writ from the king or the king's chancellor. In time these writs took on fixed forms and a plaintiff could obtain one only if the words of the claim fit one of the established forms of action. There was no room for variation in the words of the plaintiff's complaint or the defendant's response. By the fourteenth century the forms of action had become quite rigid and they took on the same overly technical characteristics under the common law in the United States. Frequently a worthy claim was tossed out of court because of some miscalculation or misstatement in the pleadings and justice was ill-served.
In 1848 New York enacted a new code to govern Pleading in the courts of that state. It**

was called the Field Code after David Dudley Field, the man who devised it. A number of other states followed the lead of New York. This pattern of pleading a Cause of Action or a response came to be called code pleading.

Common-law pleading had required reducing every case to one claim and one response. Since grievances did not always fit into common-law forms, code pleading abandoned it. All the old forms of action were abolished and the extreme formality of common-law pleading was abandoned. Under code pleading the plaintiff has only to make a statement of facts that, if true, justify legal relief. The only requirement is that those facts fit the general pattern of some established legal right and that they state a claim on which relief can be granted. Furthermore, the plaintiff can present alternative or even inconsistent sets of facts and leave it to the trier of fact to establish which are correct. This is allowed when the plaintiff does not know all the facts affecting the claim, so long as the pleading is made honestly and in Good Faith. More than one cause of action can be alleged but they must be stated as separate counts. For example, some states allow a simplified form of pleading of a breach of contract. The plaintiff may simply state that money is owed but has not been paid or services have been rendered but payment has not been made.

3) See Man exonerated, freed from prison after 35 years
http://www.cnn.com/2009/CRIME/12/17/florida.dna.exoneration/index.html

4)    The clearest way to show what the rule of law means to us in everyday life is to recall what has happened when there is no rule of law.
        Dwight D. Eisenhower

The rule of law is the legal principle that law should govern a nation, as opposed to being governed by arbitrary decisions of individual government officials. It primarily refers to the influence and authority of law within society, particularly as a constraint upon behavior, including behavior of government officials.

The *Oxford English Dictionary* has defined "rule of law" this way:

> The authority and influence of law in society, esp. when viewed as a constraint on individual and institutional behaviour ;  (hence) the principle whereby all members of a society (including those in government) are considered equally subject to publicly disclosed legal codes and processes.

Rule of law implies that every citizen is subject to the law. It stands in contrast to the idea that the ruler is above the law, for example by divine right.

Definition(s)

  Moral Turpitude:
 Moral turpitude is a legal concept in the United States and some other countries that refers to "conduct that is considered contrary to community standards of justice, honesty or good morals."

(end of appendix)  1 of 4 copies